AO91 (Rev. 12/03) Criminal Complaint                                    AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| Juan OXLAJ-Pastor<br>AKA Michael CERVANTES<br>IAE<br>Guatemala 1996 | Case Number: 7:18-po-16695 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __October 30, 2018__ in __Hidalgo__ County, in the __Southern District Of Texas__ defendant(s) did,

Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Juan OXLAJ-Pastor was encountered by Border Patrol Agents near Hidalgo, Texas on November 02, 2018. When questioned as to his citizenship, defendant stated that he was a citizen and national of Guatemala, who had entered the United States illegally on October 30, 2018 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

/S/ Meador, Kellen  Border Patrol Agent
Signature of Complainant

Meador, Kellen  Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

November 03, 2018  —3:36p
Date

at   McAllen, Texas
     City/State

Juan F. Alanis            Magistrate Judge
Name of Judge             Title of Judge

Signature of Judge